IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

*CRIMINAL MINUTES:  INITIAL APPEARANCE*

USA v  TRAVIS MICKENZIE REED

Case No 2:19-MJ-181    Date June 27, 2019    Time 1:47 -1:59 P.M.

**Hon. CLIFTON L. CORKER, Magistrate Judge, Presiding**

| KIM OTTINGER | DCR | THOMAS MCCAULEY |
|---|---|---|
| Deputy Clerk | Court Reporter/Tape No | Assistant US Attorney |

| DEFENDANT | ATTORNEY |
|---|---|
| TRAVIS M. REED | MARK HANOR |

**PROCEEDINGS:**

Defendant sworn

Defendant found competent

Defendant advised of charges, penalties, and rights
(Copy of complaint provided to defendant or counsel by clerk)

Financial affidavit executed with Counsel present and appointed

Oral motion by government for detention

    Detention hearing waived at present time

    Arraignment or Preliminary Hearing:  7/11/19 @ 1:30 p.m.

Defendant wishes to waive Detention/Preliminary hearing

Defendant remanded to custody of US Marshal

Orders to enter

I, **Kim Ottinger**, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Grn-DCR_2-19-MJ-181_20190627_134720