# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>TRAVIS MICKENZIE REED<br>_____<br>*Defendant* | )<br>)<br>) Case No. 2:19-MJ-**181**   SEALED<br>)<br>)       RECEIVED BY: **MAX**<br>)       DATE: **6.20.2019** TIME: **9:00**<br>       U.S. MARSHAL E/TN<br>       GREENEVILLE, TN |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TRAVIS MICKENZIE REED                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(A) Possession with intent to distribute methampetamine

18 U.S.C. § 924 (c)(1)(A) Possession of a firearm in furtherance of a drug trafficking offense

Date:   06/18/2019 **at 10:26 am**                                _____
                                                                                                    *Issuing officer's signature*

                                                                             Clifton L. Corker, U.S. Magistrate Judge
City and state:   GREENEVILLE, TENNESSEE                                       *Printed name and title*

---

**Return**

This warrant was received on *(date)*  **6/26/19** , and the person was arrested on *(date)*  **6/26/19**
at *(city and state)*   **Johnson City TN** .

Date:  **6/27/19**                                              _____
                                                                                                *Arresting officer's signature*

                                                                             **Matthew S. Miller, TFO**
                                                                                                *Printed name and title*